PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Clifford Riheem Elisah Bright      Cr.: 20-00112-001
PACTS #: 6337901

Name of Sentencing Judicial Officer:    THE HONORABLE CYNTHIA M. RUFE
                                       UNITED STATES DISTRICT JUDGE, ED/PA

Name of Reassigned Judicial Officer:    THE HONORABLE PETER G. SHERIDAN
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2019

Original Offense:    Count One: Transporting Firearms without a License, 18 U.S.C. § 922
Counts Two through 12: Interstate Travel for Purposes of Unlicensed Dealing in Firearms 18 U.S.C. § 924
Counts 13 through 27: Making False Statements to a Federal Firearms Licensee, 18 U.S.C. § 924

Original Sentence: 24 months imprisonment, 36 months supervised release

Revocation Date & Sentence: 01/12/2023, 1-year supervised release

Special Conditions: Special Assessment $2,700.00, Financial Disclosure, No New Debt/Credit, Community Service 100 Hours

Type of Supervision: Supervised Release                        Date Supervision Commenced: 11/20/2022

## STATUS UPDATE

Mr. Bright's first term of supervision was revoked on January 12, 2023, due to his failure to make his special assessment fee payment. A new term of supervision was imposed by U.S. District Judge Freda L. Wolfson, with the understanding that his one-year term of supervised release could be terminated as soon as the special assessment was satisfied.

Mr. Bright expressed the desire to attend school in New Hampshire to obtain a certification in heavy equipment construction and was approved to attend this program out of state, with the understanding that if he could pay $19,000 for school, he would have to make every effort to pay off his special assessment fee. The undersigned officer has attempted to remind Mr. Bright of his commitment to pay the criminal monetary penalty that he owes, but Mr. Bright has made little to no effort in attempting to make payments, not even in a nominal amount, despite the undersigned officer's constant reminders. Mr. Bright had sporadic employment during this time, with him quitting two jobs and not advising the undersigned officer of these changes. Since his revocation hearing last year, Mr. Bright has made a total of $225 towards the $2,700 special assessment fee; his balance is $2,075.

The undersigned officer has submitted Mr. Bright's information to the Financial Litigation Unit with the US Attorney's Office, and they have advised that they will garnish any money that may be found in Mr. Bright's financial accounts to satisfy the special assessment balance. It is thereby requested that Your Honor allow the expiration of supervised release, which is scheduled for November 19, 2023.

Prob 12A – page 2
Clifford Riheem Elisah Bright

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____  11/13/2023
STEVEN ALFREY           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Supervised release to terminate as scheduled (as recommended by the Probation Office)

_____
Signature of Judicial Officer

11/21/23
Date